# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY E. ARNOLD,<br><br>                Petitioner,<br>  vs.<br><br>UNITED STATES OF AMERICA,<br><br>                Respondent. | CASE NO. 07cv836 BTM<br>                99cr635 BTM<br><br>**ORDER DENYING PETITIONER'S MOTION TO CLARIFY ORDER OF SENTENCE** |

       On April 6, 2007, Petitioner filed a motion to clarify this Court's order sentencing him to 110 months of imprisonment. Petitioner contends that his sentence should run concurrent with his prior State of California prison sentence of 16 months. He argues that the state court sentence specifically reflected this understanding and that the sentencing record reflects this Court's acknowledgment of the state court's wishes.

       The portion of the transcript of Petitioner's sentencing that he submitted along with his motion did not appear to address this Court's determination as to whether the two sentences should run concurrently. Accordingly, on May 14, 2007, this Court requested Respondent to file a response to Petitioner's motion, which would include a transcript of the sentencing proceedings and address any statements made by the Court regarding this issue of concurrent sentences. Respondent failed to file anything in response to this Court's order. The Court, therefore, obtained a copy of the full transcript of the Petitioner's sentencing.

       A full review of the sentencing proceedings reveals that this Court did not indicate any

desire to have Petitioner's federal sentence run concurrent with his state sentence. The only mention of concurrent sentences appears on page 2546 of the transcript of the October 25, 1999 sentencing, which was the page previously submitted by Petitioner. In discussing Petitioner's prior conviction in state court and the resulting 16-month sentence, the Court asked if the State of California had made those 16 months concurrent to any federal sentence. Petitioner's counsel responded that it had.

At no time in the sentencing proceedings did this Court order that the two sentences should run concurrently. This Court has reviewed the abstract of judgment form relating to his relevant state court conviction, and has filed this document as an attachment to this order. The abstract makes no indication that the 16-month sentence is to run concurrent to any federal sentence. Finally, it appears that Petitioner has been in continuous federal custody since June 1999 and, when he completes his federal sentence, if he is returned to the State of California to serve any remainder of his state sentence, he is free to make an application to the state court for such relief. However, Petitioner has presented no reason for disturbing this Court's previous sentence of 110 months of federal imprisonment. Accordingly, Petitioner's motion is **DENIED**.

**IT IS SO ORDERED.**

DATED: July 13, 2007

_____
Hon. Barry Ted Moskowitz
United States District Judge

Received at: 11:23AM, 7/11/2007

Jul 11 2007 10:41  P.02

# ABSTRACT OF JUDGMENT – PRISON COMMITMENT
## SINGLE OR CONCURRENT COUNT FORM
(Not to be used for Multiple Count Convictions nor Consecutive Sentences)

FORM DSL 290.1

☒ SUPERIOR ☐ MUNICIPAL ☐ JUSTICE  COURT OF CALIFORNIA, COUNTY OF __SAN DIEGO__

BRANCH OR JUDICIAL DISTRICT __EL CAJON__

PEOPLE OF THE STATE OF CALIFORNIA vs.
DEFENDANT: __JERRY EDWARD ARNOLD__
AKA:

☒ PRESENT  ☐ NOT PRESENT

CASE NUMBER: SCEI83156

COMMITMENT TO STATE PRISON
ABSTRACT OF JUDGMENT  AMENDED ABSTRACT ☐

| DATE OF HEARING (MO) (DAY) (YR) | DEPT. NO. | JUDGE | CLERK |
|---|---|---|---|
| 05-13-99 | WJM | WILLIAM J. MCGRATH | J. NEAL |

| REPORTER | COUNSEL FOR PEOPLE | COUNSEL FOR DEFENDANT | PROBATION NO. OR PROBATION OFFICER |
|---|---|---|---|
| T. NIELSEN 9143 | M. PRZYTULSKI | D. LARKIN | A 714 874 |

1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONY (OR ALTERNATE FELONY/MISDEMEANOR):

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION MO / DAY / YEAR | CONVICTED BY JURY / COURT / PLEA | TERM (YRS L) | TIME IMPOSED YEARS / MONTHS |
|---|---|---|---|---|---|---|---|---|
| 01 | HS | 11377(a) | POSS CONTROLLED SUBST. | 97 | 03 / 22 / 99 | X (PLEA) | L | 1 / 4 |

2. ENHANCEMENTS charged and found true TIED TO SPECIFIC COUNTS (mainly in the § 12022-series) including WEAPONS, INJURY, LARGE AMOUNTS OF CONTROLLED SUBSTANCES, BAIL STATUS, ETC.:

| Count | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

3. ENHANCEMENTS charged and found true FOR PRIOR CONVICTIONS OR PRIOR PRISON TERMS (mainly § 667-series) and OTHER.

| Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

4. OTHER ORDERS:
REST. FINE OF $1000 FORTHWITH PER PC2085.5.
REST. FINE OF $1000 PER PC1202.45 SUSP. UNLESS PAROLE IS REVOKED.

5. TIME STAYED § 1170.1(a) (DOUBLE BASE LIMIT):
6. TOTAL TERM IMPOSED: __1 / 4__
7. ☐ THIS SENTENCE IS TO RUN CONCURRENT WITH ANY PRIOR UNCOMPLETED SENTENCE(S):
8. EXECUTION OF SENTENCE IMPOSED:
   A ☒ AT INITIAL SENTENCING HEARING
   B ☐ AT RESENTENCING PURSUANT TO DECISION ON APPEAL
   C ☐ AFTER REVOCATION OF PROBATION
   D ☐ AT RESENTENCING PURSUANT TO RECALL OF COMMITMENT (PC § 1170(d))
   E ☐ OTHER _____

9. DATE OF SENTENCE PRONOUNCED: 05-13-99

| CREDIT FOR TIME SPENT IN CUSTODY | TOTAL DAYS 31 | INCLUDING: | ACTUAL LOCAL TIME 21 | LOCAL CONDUCT CREDITS 10 | STATE INSTITUTIONS ☐ DMH ☐ CDC |
|---|---|---|---|---|---|

10. DEFENDANT IS REMANDED TO THE CUSTODY OF THE SHERIFF, TO BE DELIVERED:
☒ FORTHWITH
☐ AFTER 48 HOURS, EXCLUDING SATURDAYS, SUNDAYS AND HOLIDAYS

INTO THE CUSTODY OF THE DIRECTOR OF CORRECTIONS AT THE RECEPTION-GUIDANCE CENTER LOCATED AT:
☐ CALIF. INSTITUTION FOR WOMEN – FRONTERA
☐ CALIF. MEDICAL FACILITY – VACAVILLE
☐ SAN QUENTIN
☐ CALIF. INSTITUTION FOR MEN – CHINO
☐ DEUEL VOC. INST.
☒ OTHER (SPECIFY): R. J. DONOVAN CORRECTIONAL FACILITY

CLERK OF THE COURT
I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

DEPUTY'S SIGNATURE: M. PEABODY (signed)

DATE: 05-14-99

This form is prescribed under Penal Code § 1213.5 to satisfy the requirements of § 1213 for determinate sentences under Penal Code § 1170. Attachments may be used but must be referred to in this document.

ABSTRACT OF JUDGMENT – COMMITMENT
SINGLE OR CONCURRENT COUNT FORM
(Not to be used for Multiple Count Convictions nor Consecutive Sentences)
FORM DSL 290.1

Form Adopted by the
Judicial Council of California
Effective April 1, 1992