# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY E. ARNOLD,<br><br>　　　　　　　　Petitioner,<br>　vs.<br>UNITED STATES OF AMERICA,<br><br>　　　　　　　　Respondent. | CASE NO. 07cv836 BTM<br>　　　　　　　99cr635 BTM<br><br>**ORDER ENTERING JUDGMENT** |

This Court, in a separate order, denied Petitioner's motion to clarify this Court's order sentencing him to 110 months of imprisonment. Therefore, judgment is hereby entered dismissing Petitioner's motion.

**IT IS SO ORDERED.**

DATED: July 13, 2007

　　　　　　　　　　　　　　　　　　　　　　　*Barry Ted Moskowitz*
　　　　　　　　　　　　　　　　　　　　　　　Hon. Barry Ted Moskowitz
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge